# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THOMAS L. BAKER, | |
| Plaintiff, | Case No. 1:18-cv-02815 |
| v. | Honorable Judge Gary Feinerman |
| ALLY FINANCIAL, INC. | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff THOMAS L. BAKER and the Defendant ALLY FINANCIAL, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: December 20, 2018              Respectfully Submitted,

**THOMAS L. BAKER**                   **ALLY FINANCIAL, INC.**

*/s/ Marwan R. Daher*                 */s/ Mark D. Kundmueller (with consent)*
Marwan R. Daher                       Mark D. Kundmueller
*Counsel for Plaintiff*               *Counsel for Defendant*
Sulaiman Law Group, Ltd.              Troutman Sanders, LLP
2500 S. Highland Ave., Ste. 200       222 Central Park Avenue, Suite 2000,
Lombard, Illinois 60148               Virginia Beach, Virginia 23462
Phone: (630) 575-8181                 Phone: (757) 687-7541
mdaher@sulaimanlaw.com                Mark.kundmueller@troutman.com